U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 SEP 18 P 3:30
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 18-CR-**181**
[18 U.S.C. §§ 2113, 924, and 922]

QUADIR S. EL AMIN,

    Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

On or about August 24, 2018, in the State and Eastern District of Wisconsin,

**QUADIR S. EL AMIN**

attempted to enter and entered the Wells Fargo bank, located in West Allis, Wisconsin, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to commit a robbery.

In violation of Title 18, United States Code, Section 2113(a).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

On or about August 28, 2018, in the State and Eastern District of Wisconsin,

**QUADIR S. EL AMIN**

did take by force, violence, and intimidation from the person or presence of employees of Wells Fargo bank, located in West Allis, Wisconsin, money belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing this offense, the defendant put in jeopardy the life of a person by the use of a dangerous weapon, to wit, a firearm.

In violation of Title 18, United States Code, Section 2113(a) and (d).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On or about August 28, 2018, in the State and Eastern District of Wisconsin,

**QUADIR S. EL AMIN**

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence, to wit, armed bank robbery, as charged in Count Two of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about August 28, 2018, in the State and Eastern District of Wisconsin,

**QUADIR S. EL AMIN**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a Smith & Wesson Bodyguard 380 pistol bearing serial number KBD5729, which, prior to his possession, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

A TRUE BILL:

FOREPERSON
Dated: 9/18/18

MATTHEW D. KRUEGER
United States Attorney