# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>QUADIR S. EL AMIN,<br><br>　　　　　　　　　　Defendant. | Case No. 18-CR-181-JPS<br><br><br>**ORDER** |

On September 18, 2018, the grand jury returned an Indictment, charging Defendant with four counts related to a bank robbery. (Docket #1). Specifically, the government charged Defendant with (1) entering a bank with intent to commit robbery in violation of 18 U.S.C. § 2113(a); (2) taking by force, violence, or intimidation from bank employees money belonging to the bank, in violation of 18 U.S.C. § 2113(a),(d); (3) knowingly using, carrying, or brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii); and (4) knowingly possessing a firearm despite having a prior felony conviction, in violation of 18 U.S.C. § 922(g)(1) & 924(e). *Id.*

On November 5, 2018, the parties filed a plea agreement in which Defendant agreed to plead guilty to Counts Two (armed bank robbery) and Four (unlawful possession of a firearm) of the Indictment. (Docket #11). The parties appeared before Magistrate Judge David E. Jones on December 3, 2018 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #14). Defendant entered a plea of guilty as to Counts Two and Four of the Indictment. *Id.* After cautioning and examining

Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #15).

On December 6, 2018, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's pleas of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Jones's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones's Report and Recommendation (Docket #15) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge